UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>RUDY CROSBY,<br><br>                              Defendant. | Case No.:  18cr4474-JAH<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF** |

Pending before the Court is Defendant Rudy Crosby's ("Defendant") Motion for Leave to File a Reply to the United States of America's ("Plaintiff") response to Defendant's Motion to Reduce Sentence. *See* Doc. No. 69. Good cause appearing, Defendant's motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant shall file and serve a reply to Plaintiff's response, [Doc. No. 68], **no later than June 15, 2020**. Defendant is to specifically address the Court's jurisdiction to act on Defendant's motion and the exhaustion of administrative remedies.

2. Upon the filing of the foregoing, the parties shall await further order of this Court.

///

///

///

1

18cr4474-JAH

3. The Clerk of Court shall serve a copy of the motion together with a copy of this Order on the United States Attorney, or an authorized representative, at 880 Front Street, Room 6293, San Diego, California 92101.

**IT IS SO ORDERED.**

DATED: June 10, 2020

_____
Hon. John A. Houston
United States District Judge